IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES OF RARE BREED TRIGGERS, LLC, LOCATED AT 3523 45TH STREET S, SUITE 100, UNIT 186, IN FARGO, NORTH DAKOTA | Case No. 3:23-mj-411<br><br>**UNITED STATES' EXPEDITED MOTION TO UNSEAL CASE** |

  The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Jacob T. Rodenbiker, Assistant United States Attorney, moves to unseal this case and all its documents. More than 90 days have transpired since the Return was filed on August 4, 2023. (Doc. 4.) The United States has not moved for further sealing. Ordinarily, under the Court's January 1, 2020 Standing Order, the case and its documents would already have been unsealed. See https://www.ndd.uscourts.gov/StandingOrders/2020_01_01.pdf. The case nevertheless remains sealed for reasons the United States knows not. Whatever those reasons be, the United States no longer wishes the case to be sealed and indeed intends to publicly file and reference certain documents.

  For these reasons, the Court should unseal this case and its documents.

  Dated: November 29, 2024

               MAC SCHNEIDER
               United States Attorney

         By: /s/ *Jacob T. Rodenbiker*
             JACOB T. RODENBIKER
             Assistant United States Attorney
             ND Bar ID 06497
             655 First Avenue North, Suite 250
             Fargo, ND 58102-4932
             (701) 297-7400
             jake.rodenbiker@usdoj.gov
             Attorney for United States